IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-65,268-01





EX PARTE JOSHUA MAXWELL







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. 2001CR0031A FROM THE


186
TH DISTRICT COURT OF BEXAR COUNTY





Per curiam. Hervey, J., not participating.


ORDER



 This is an application for writ of habeas corpus filed pursuant to Texas Code of
Criminal Procedure, Article 11.071.

 Applicant was convicted of capital murder and sentenced to death on March 11,
2002. In an unpublished opinion this Court affirmed the conviction and sentence. 
Maxwell v. State, AP- 74,309 (Tex.Crim.App. November 17, 2004). This initial
application for writ of habeas corpus filed pursuant to Article 11.071, was timely filed
with the District Clerk on May 21, 2004. A hearing was conducted in the convicting
court and findings of fact and conclusions of law were submitted to this Court for
consideration.


 Maxwell -2-

 We have reviewed the record and the findings of fact submitted by the convicting
court. Based on our review of the record and the findings of the trial court, the relief
sought is denied.

 IT IS SO ORDERED THIS THE 4TH DAY OF OCTOBER, 2006.

Do Not Publish